# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 18, 2016

Robert P. Young, Jr.,
Chief Justice

152758(33)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

COVENANT MEDICAL CENTER, INC.,
      Plaintiff-Appellee,

v

    SC: 152758
    COA: 322108
    Saginaw CC: 2013-020416-NF

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
      Defendant-Appellant.
_____/

On order of the Chief Justice, the motion of the Auto Club Insurance Association to participate as amicus curiae and file an amicus brief in support of the application for leave to appeal is GRANTED. The amicus brief submitted on March 11, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 18, 2016

